WR-83,625-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/27/2015 10:38:15 PM
Accepted 7/28/2015 8:09:00 AM
ABEL ACOSTA
CLERK

**Cause No. WR-83,625-01**

RECEIVED
COURT OF CRIMINAL APPEALS
7/28/2015
ABEL ACOSTA, CLERK

| | | |
|---|---|---|
| **IN RE: DAVID MARK DAVIS II** | § | **COURT OF CRIMINAL APPEALS** |
| | § | |
| **On Petition for Writ of** | § | **FOR THE** |
| **Mandamus To The Angelina** | § | |
| **County Court at Law Number 2** | § | **STATE OF TEXAS** |

## Notice

COMES NOW the Pro Se Relator, David Mark Davis II, and would respectfully show the Honorable Court of Criminal Appeals the following missing information for docketing purposes:

Trial Court

1. The Honorable Judge of the trial court who is respondent to this action was: The **Hon. Derek Flournoy**. Judge Flournoy is the elected Judge for the Angelina County Court at Law Number 2 and he presided over all matters relevant to this action.

2. The Court reporter in the trial court for all times relevant to this action was **Elizabeth Murphy.**

The relator provides this information in hopes of ensuring the most accurate information is on file in the case file.

Respectfully Submitted,

David Mark Davis II
Relator, Pro Se
905 N. Loop 499, No 525
Harlingen, Texas 78550
(936) 238-8507

## **Certificate of Service**

I certify that on July 27, 2015, I sent a copy of the foregoing document to all parties listed below as indicated.

_____

David Mark Davis II

VIA Fax:

Honorable Derek Flournoy
Respondent and Presiding Judge
of the County Court at Law #2
pof Angelina County, Texas.

VIA email:

STATE OF TEXAS (through Counsel):

Ed. Jones at [ejones@angelinacounty.net](mailto:ejones@angelinacounty.net)

James Yakovsky at jyakovsky@angelinacounty.net